Heyl Brothers & Company, Respondent, v. Earp-Thomas Farmogerm Company and George Herbert Earp-Thomas, Appellants, Impleaded with Edward S. Mather.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

John C. Rodgers, Appellant, v. The City of New York, Respondent. (No. 1.) — Judgment affirmed, with costs. No opinion.

Ferguson Contracting Company, Appellant, v. The Helderberg Cement Company, Respondent.— Judgment affirmed, with costs, on 135 Appellate Division, 494.

Patrick A. Cronin, an Infant, by Patrick Cronin, His Guardian ad Litem, Respondent, v. Manhattan Transit Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Solomon Miller, as Administrator, etc., of William Miller, Deceased, Appellant, v. Max Satz, Respondent.— Judgment affirmed, with costs, and appeal from order dismissed. No opinion.

Emanuel Pignon, Appellant, v. Harry Miller and Joseph A. Mee, Respondents. — Judgment and order affirmed, with costs. No opinion.

Salvatore Stracci, as Administrator, etc., of Antonio Stracci, Deceased, Appellant, v. Antonio Farina, Doing Business under Name and Style of Great French Steam Laundry, Respondent.— Judgment affirmed, with costs. No opinion.

Charles Hart, Plaintiff, v. The City of New York, Defendant.— Exceptions overruled and motion for new trial denied, with costs. No opinion. Settle order on notice.

George M. Hard, Respondent, v. Edward Thompson, Appellant.— Judgment affirmed, with costs. No opinion.

Michael Finnie, Respondent, v. Central Park, North and East River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Arthur Johnson, Appellant, v. Atlantic Stevedoring Company, Respondent. William Maher, Appellant, v. Atlantic Stevedoring Company, Respondent.— Judgment affirmed, with costs. No opinion. Scott, J., dissenting.

Vincenzo Tomanello, Respondent, v. Ferdinando Nicosia, Impleaded with Illinois Surety Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Julius Strelitzer, Appellant, v. Milton Schnaier, Respondent.— Judgment affirmed, with costs, on 135 Appellate Division, 384. Laughlin, J., dissenting.

The Foundation Company, Appellant, v. Benjamin A. Levine, Respondent.— Judgment affirmed, with costs. No opinion.

Edward T. Platt, as Treasurer of the United States Express Company, an Unincorporated Association of Seven or More Persons, Respondent, v. Frederick S. Flower and Others, Appellants.— Judgment affirmed, with costs, on opinion in the court below. (Reported in 66 Misc. Rep. 342.)

Julius Sapiro, Appellant, v. Samuel Batzar and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Max Fuchs, an Infant, by Gittel Fuchs, His Guardian ad Litem, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City